# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-38444 |
| | § | |
| LETITIA GORNEY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $51,782.00 | Assets Exempt: | $27,618.00 |
| Total Distributions to Claimants: | $2,287.47 | Claims Discharged Without Payment: | $73,022.08 |
| Total Expenses of Administration: | $4,281.94 | | |

3) Total gross receipts of $6,964.55 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $395.14 (see **Exhibit 2**), yielded net receipts of $6,569.41 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $51,282.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $4,281.94 | $4,281.94 | $4,281.94 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $77,032.00 | $15,201.55 | $15,201.55 | $2,287.47 |
| **Total Disbursements** | $128,314.00 | $19,483.49 | $19,483.49 | $6,569.41 |

4). This case was originally filed under chapter 7 on 10/23/2014. The case was pending for 32 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/09/2017        By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Insurance: Whole Life Policy, Location: Pekin Life Ins. Co. | 1129-000 | $6,964.55 |
| **TOTAL GROSS RECEIPTS** | | $6,964.55 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| LETITIA GORNEY | Exemptions | 8100-002 | $395.14 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $395.14 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage | 4110-000 | $51,282.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $51,282.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,406.94 | $1,406.94 | $1,406.94 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $12.82 | $12.82 | $12.82 |
| Green Bank | 2600-000 | NA | $8.70 | $8.70 | $8.70 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,485.00 | $2,485.00 | $2,485.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $18.48 | $18.48 | $18.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,281.94 | $4,281.94 | $4,281.94 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $14,973.00 | $13,183.89 | $13,183.89 | $1,983.86 |
| 2 | Quantum3 Group LLC as agent for | 7100-900 | $1,951.00 | $2,017.66 | $2,017.66 | $303.61 |
|  | Bank of America, N.A. | 7100-000 | $17,712.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $25,065.00 | $0.00 | $0.00 | $0.00 |
|  | Citibank | 7100-000 | $17,331.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $77,032.00 | $15,201.55 | $15,201.55 | $2,287.47 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 14-38444-PSH | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | GORNEY, LETITIA | Date Filed (f) or Converted (c): | 10/23/2014 (f) |
| For the Period Ending: | 6/9/2017 | §341(a) Meeting Date: | 12/08/2014 |
| | | Claims Bar Date: | 04/24/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Residence: 7733 West Belmont Av., Elmwood Park, IL 60707 | $60,000.00 | $0.00 | | $0.00 | FA |
| 2 | Burial Plot: 2 plot lot. My husband is buried in one plot. Location: Maryhill Cemetery, Niles, IL | $500.00 | $500.00 | | $0.00 | FA |
| 3 | Checking Account: Bank of America | $1,878.94 | $0.00 | | $0.00 | FA |
| 4 | Savings Account: Bank of America | $425.92 | $0.00 | | $0.00 | FA |
| 5 | Furniture: Household Goods, Appliances, Office | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Books-Music: Books | $50.00 | $0.00 | | $0.00 | FA |
| 7 | Clothes: | $500.00 | $0.00 | | $0.00 | FA |
| 8 | Furs: Fox Coat | $250.00 | $0.00 | | $0.00 | FA |
| 9 | Jewelry: Wedding Rings | $800.00 | $0.00 | | $0.00 | FA |
| 10 | Insurance: Whole Life Policy, Location: Pekin Life Ins. Co. | $6,900.00 | $6,504.86 | | $6,964.55 | FA |
| 11 | Retirement: John Hancock Port A Fund | $14,400.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                         **Gross Value of Remaining Assets**

$85,904.86      $7,004.86      $6,964.55      $0.00

**Major Activities affecting case closing:**

| 06/23/2016 | 2016 Reporting Period: |
| --- | --- |
| | Adversary case 16-00281 - Complaint against Pekin Life Insurance Company |
| | Recovery of cash surrender value of life insurance policy |
| | Hearing on Adversary continued to 7/12/16 |
| 06/30/2015 | 2015 Reporting Period: |
| | (Asset) Cash value of life insurance policy $7,042.07 |
| | Debtor is not married, and may have a child but not dependent. Requested documentation of the same and will send demand letter to insurance carrier. |

Initial Projected Date Of Final Report (TFR):    05/24/2016    Current Projected Date Of Final Report (TFR):    06/30/2017    /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 14-38444-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GORNEY, LETITIA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7138 | | Checking Acct #: | ******4401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Gorney, Letitia |
| For Period Beginning: | 10/23/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/9/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/05/2016 | | Pekin LIfe Insurance Company | Cash-Surrender value of Pekin Life insurance policy (pursuant to default granted 7/12/16) | * | $6,964.55 | | $6,964.55 |
| | {10} | | Cash-Surrender value of Pekin Life insurance policy (pursuant to default granted 7/12/16) $6,569.41 | 1129-000 | | | $6,964.55 |
| | {10} | | Debtor's portion of cash surrender value (exempted per Wildcard) $395.14 | 1129-002 | | | $6,964.55 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.70 | $6,955.85 |
| 02/27/2017 | 3001 | LETITIA GORNEY | Debtor's exempt portion of life insurance policy cash surrender value | 8100-002 | | $395.14 | $6,560.71 |
| 05/04/2017 | 3002 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: $350.00; Distribution Dividend: 100.00%; | 2700-000 | | $350.00 | $6,210.71 |
| 05/04/2017 | 3003 | Lakelaw | Claim #: ; Amount Claimed: $18.48; Distribution Dividend: 100.00%; | 3120-000 | | $18.48 | $6,192.23 |
| 05/04/2017 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $2,485.00; Distribution Dividend: 100.00%; | 3110-000 | | $2,485.00 | $3,707.23 |
| 05/04/2017 | 3005 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,406.94 | $2,300.29 |
| 05/04/2017 | 3006 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $12.82 | $2,287.47 |
| 05/04/2017 | 3007 | Discover Bank | Claim #: 1; Amount Claimed: $13,183.89; Distribution Dividend: 15.05%; | 7100-900 | | $1,983.86 | $303.61 |
| 05/04/2017 | 3008 | Quantum3 Group LLC as agent for | Claim #: 2; Amount Claimed: $2,017.66; Distribution Dividend: 15.05%; | 7100-900 | | $303.61 | $0.00 |

| | | | | SUBTOTALS | $6,964.55 | $6,964.55 | |

**FORM 2**

Page No: 2                Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 14-38444-PSH | |
| **Case Name:** | GORNEY, LETITIA | |
| **Primary Taxpayer ID #:** | **-***7138 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/23/2014 | |
| **For Period Ending:** | 6/9/2017 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******4401 |
| **Account Title:** | Gorney, Letitia |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $6,964.55 | $6,964.55 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,964.55 | $6,964.55 | |
| | | | Less: Payments to debtors | | $0.00 | $395.14 | |
| | | | **Net** | | $6,964.55 | $6,569.41 | |

**For the period of 10/23/2014 to 6/9/2017**

| | |
|---|---|
| Total Compensable Receipts: | $6,569.41 |
| Total Non-Compensable Receipts: | $395.14 |
| Total Comp/Non Comp Receipts: | $6,964.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,569.41 |
| Total Non-Compensable Disbursements: | $395.14 |
| Total Comp/Non Comp Disbursements: | $6,964.55 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/05/2016 to 6/9/2017**

| | |
|---|---|
| Total Compensable Receipts: | $6,569.41 |
| Total Non-Compensable Receipts: | $395.14 |
| Total Comp/Non Comp Receipts: | $6,964.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,569.41 |
| Total Non-Compensable Disbursements: | $395.14 |
| Total Comp/Non Comp Disbursements: | $6,964.55 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2 Page No: 3 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-38444-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GORNEY, LETITIA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7138 | Checking Acct #: | ******4401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Gorney, Letitia |
| For Period Beginning: | 10/23/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/9/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,964.55 | $6,964.55 | $0.00 |

**For the period of 10/23/2014 to 6/9/2017**

| | |
|---|---|
| Total Compensable Receipts: | $6,569.41 |
| Total Non-Compensable Receipts: | $395.14 |
| Total Comp/Non Comp Receipts: | $6,964.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,569.41 |
| Total Non-Compensable Disbursements: | $395.14 |
| Total Comp/Non Comp Disbursements: | $6,964.55 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/23/2014 to 6/9/2017**

| | |
|---|---|
| Total Compensable Receipts: | $6,569.41 |
| Total Non-Compensable Receipts: | $395.14 |
| Total Comp/Non Comp Receipts: | $6,964.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,569.41 |
| Total Non-Compensable Disbursements: | $395.14 |
| Total Comp/Non Comp Disbursements: | $6,964.55 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ